No. 11–8764.  NNAJI v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 447 Fed. Appx. 558.

No. 11–8591.  MCPHERSON v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 11–8593.  BUBRICK v. JOHNSON, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–8594.  EVANS v. COLLINS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–8607.  EDWARDS v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  Sup. Ct. Ark.  Certiorari denied.

No. 11–8638.  SMITH v. MURPHY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 11–8640.  BISSETT v. BEAU RIVAGE RESORTS, INC.  C. A. 5th Cir.  Certiorari denied.

No. 11–8654.  HOXTER v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 11–8661.  BUCHANAN v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 11–8676.  CARTER v. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 11–8680.  WATSON v. LEWIS ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 11–8687.  TENINTY v. MCHUGH, SECRETARY OF THE ARMY.  C. A. 7th Cir.  Certiorari denied.

No. 11–8696.  TIERNEY v. ESPINADA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–8704.  NORWOOD v. MCGOWAN.  C. A. 8th Cir.  Certiorari denied.

No. 11–8709.  LEWIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.